UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT J. DEL COL, ESQ. and
LEFTHERIS "TED" DOUKAS,

                      Plaintiffs,

  -against-

KATHLEEN RICE, acting individually and as the
duly elected DISTRICT ATTORNEY for the
COUNTY OF NASSAU; COUNTY OF NASSAU;
GUIDO GABRIELE, II, ESQ.; acting individually
and illegally on behalf of the Nassau County District
Attorney's Office; LINDA PERESS, acting
individually and as a purported duly appointed
ASSISTANT DISTRICT ATTORNEY for the COUNTY
OF NASSAU; DATA TREASURY CORPORATION;
RICHARD B. FRIEDMAN; CLAUDIO BALLARD;
SHEPHARD LANE; KEITH DELUCIA a.k.a. "KEITH
WICKEY", a/k/a "KEITH DOYLE"; MARY
HAUPTMAN f.k.a. "MARY DOUKAS"; MATTHEW
DIDORA; ASSISTANT DISTRICT ATTORNEY
JOHN and JANE DOES #1-20, or those acting in a similar
capacity and under the law enforcement authority of
the NASSAU COUNTY DISTRICT ATTORNEY;
NASSAU COUNTY POLICE OFFICER JOHN and
JANE DOES #1-20; Sheriff of NASSAU COUNTY
or those JOHN and JANE DOES #1-20 who unlawfully
detained the Claimant; the NASSAU COUNTY
CORRECTIONAL CENTER; and UNKNOWN
CORPORATIONS AND INDIVIDUALS #1-20.
-------------------------------------------------------------x

CV-11-5138 (SJF)(WDW)

STIPULATION
DISCONTINUING
ACTION WITH PREJUDICE
AS AGAINST
MARY HAUPTMAN f.k.a.
"MARY DOUKAS" ONLY

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned plaintiff pro se, ROBERT J. DEL COL, ESQ., attorney of record for plaintiff, LEFTHERIS "TED" DOUKAS, and attorneys of record for the defendant, MARY HAUPTMAN f.k.a. "MARY DOUKAS", to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject

matter of the action, the above entitled action be, and the same hereby is discontinued WITH PREJUDICE as against defendant MARY HAUPTMAN f.k.a. "MARY DOUKAS" only, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Melville, NY
June 20, 2012

ROBERT J. DEL COL, ESQ.
*Plaintiff Pro Se*
1038 West Jericho Turnpike
Smithtown, NY 11787

JOSEPH S. GULINO, JR.
*Attorney for Plaintiff LEFTHERIS "TED" DOUKAS*
1038 West Jericho Turnpike
Smithtown, NY 11787

LAWRENCE A. KUSHNICK, ESQ.
KUSHNICK PALLACI PLLC
*Attorneys for Def., Hauptman, f.k.a. "Doukas"*
445 Broad Hollow Road, Suite 124
Melville, NY 11747

SO ORDERED:

U.S.D.J.      6/21/2012