UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
ROBERT J. DEL COL, ESQ. and
LEFTHERIS "TED" DOUKAS,

                      Plaintiffs,                          11-CV-5138 (MKB)

      -against-

KATHLEEN RICE, acting individually and as the duly elected DISTRICT ATTORNEY for the COUNTY OF NASSAU; GUIDO GABRIELE, III, ESQ., acting individually and illegally on behalf of the Nassau County District Attorney's Office, LINDA PERESS, acting individually and as a purported duly appointed ASSISTANT DISTRICT ATTORNEY for the COUNTY OF NASSAU; DATATREASURY CORPORATION; RICHARD B. FRIEDMAN; CLAUDIO BALLARD; SHEPHARD LANE; KEITH DELUCIA a.k.a. "KEITH WICKEY", a.k.a. "KEITH DOYLE"; MARY HAUPTMAN f.k.a. "MARY DOUKAS"; MATTHEW DIDORA, and JANE DOES #1-20 of the COUNTY OF NASSAU; NASSAU COUNTY DISTRICT ATTORNEY DETECTIVE INVESTIGATORS JOHN AND JANE DOES # 1-20, or those acting in a similar capacity and under the law enforcement authority of the NASSAU COUNTY DISTRICT ATTORNEY; NASSAU COUNTY POLICE OFFICER JOHN and JANE DOES # 1-20; Sheriff of NASSAU COUNTY or those JOHN and JANE DOES # 1-20 who unlawfully detained the claimant; the NASSAU COUNTY CORRECTIONAL CENTER; and UNKNOWN CORPORATIONS AND INDIVIDUALS # 1-20,

                      Defendants.
-------------------------------------------------------------------------- X

## STIPULATION ADJOURNING TIME FOR PLAINTIFFS TO OPPOSE OR OTHERWISE MOVE WITH RESPECT TO DEFENDANTS' MOTION FOR RECONSIDERATION

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that:

        1.     The deadline for plaintiffs to oppose or otherwise move with respect to motions to reconsider the Court's decision dated December 18, 2012 filed by certain defendants (the "Motions"), is hereby extended up to and including March 1, 2013.

        2.     This is plaintiffs' first request for an adjournment.

3. The deadline for defendants' replies in further support of the Motions and oppositions to any cross-motion by plaintiffs is hereby extended up to and including March 22, 2013.

4. This Stipulation may be executed in counterparts; a photocopy or a scanned PDF of the Stipulation is deemed an original for all purposes, and facsimile, electronic, or scanned signatures may be submitted to the Court in lieu of original signatures.

Dated: New York, New York
February 14, 2013

LAW OFFICE OF ROBERT J. DEL COL, ESQ.

By: _____
Robert J. Del Col, Esq.
(attorneyrobertdelcol@yahoo.com)
Joseph Gulino, Esq.
(jsgulinoesq@me.com)
1038 W. Jericho Turnpike
Smithtown, NY 11787
(631) 271-4684

*Attorneys for Plaintiffs Robert J. Del Col, Esq. and Leftheris "Ted" Doukas*

HERRICK, FEINSTEIN LLP

By: _____
Scott E. Mollen, Esq.
(smollen@herrick.com)
2 Park Avenue
New York, New York 10016
(212) 592-1400

*Attorneys for Defendants Claudio Ballard and Shephard Lane*

WEIL, GOTSHAL & MANGES LLP

By: _____
Richard L. Levine, Esq.
(richard.levine@weil.com)
Paul Ferrillo, Esq.
(paul.ferrillo@weil.com)
767 Fifth Avenue
New York, New York 10153
(212) 310-8286

*Attorneys for Defendants Data Treasury Corporation and Keith DeLucia*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Lawrence J. Zweifach
(lzweifach@gibsondunn.com)
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Defendant Richard B. Friedman*

SO ORDERED: ___s/ MKB_____  2/20/2013
Honorable Margo K. Brodie, U.S.D.J.